**Order entered March 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00207-CR

**STEPHANIE ANN SCHENK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82013-2012**

## ORDER

Appellant's motion for extension of time to file a motion for rehearing is **GRANTED**.

Appellant's motion for rehearing shall be filed by **April 16, 2015**.


/s/  DAVID L. BRIDGES
    JUSTICE